BEFORE THE FIRST DIVISION, MARCH 29, 1956

**No. 59789.**—George Shluger and W. J. Byrnes & Co. of N. Y., Inc. *v.* United States, protest 270757–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*